NORCOTT, J., did not participate in the consideration or decision of this petition.

*Alan E. Dillon,* special public defender, in support of the petition.

*Denise B. Smoker,* assistant state's attorney, in opposition.

Decided February 5, 2003

## JEFFREY I. DONTIGNEY *v.* CLINTON ROBERTS

*Jeffrey I. Dontigney,* pro se, in support of the petition.

*Janis C. Jerman,* in opposition.

Decided February 5, 2003

## MATTHEW ROBINSON *v.* COMMISSIONER OF CORRECTION

*Richard C. Marquette,* special public defender, in support of the petition.

*Frederick W. Fawcett,* supervisory assistant state's attorney, in opposition.

Decided February 5, 2003